# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff, : Case No. 3:00-cv-413

                              District Judge Walter Herbert Rice

-vs-                           Chief Magistrate Judge Michael R. Merz

                                  :

$76,539.31, et al.,

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 35), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 14, 2007, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that judgment be entered forfeiting to the United States of America any interest Claimant Reese Powers may have in the remaining defendant assets (All Defendant United States Currency,$2,000 substituted for a 78 Ford truck, $10,000 substituted for a 92 GMC truck, the contents of JAMS, the contents of JAC's, contents of the warehouse at 301Fernwood and 410 Pamela Drive).

December 15, 2007.

                                                          Walter Herbert Rice
                                                          United States District Judge